

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-13-00372-CR

DEONDRA REDIC APPELLANT

V.

THE STATE OF TEXAS STATE

----------

## FROM THE 396TH DISTRICT COURT OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1]

----------

Appellant Deondra Redic attempts to appeal from her conviction for evading arrest or detention using a vehicle. *See* Tex. Penal Code Ann. § 38.04(a), (b)(2)(A) (West Supp. 2012). The trial court's certification states that this "is a plea-bargain case, and the defendant has NO right of appeal." On August 13, 2013, we notified Redic that her appeal was subject to dismissal

---

[1]*See* Tex. R. App. P. 47.4.

unless she or any party desiring to continue the appeal filed a response by August 23, 2013, showing grounds for continuing the appeal. *See* Tex. R. App. P. 25.2(d), 44.3. We have received no response. Accordingly, in accordance with the trial court's certification, we dismiss this appeal. *See* Tex. R. App. P. 25.2(d), 43.2(f).

PER CURIAM

PANEL: MEIER, J.; LIVINGSTON, C.J.; and GABRIEL, J.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: October 10, 2013

2